Opinion by SHARPE, J.

---

## Walden *et al.* v. Singer Manfg. Co.

APPEAL from Cherokee Circuit Court.
Tried before the Hon. GEORGE E. BREWER.

CARDEN & DANIELS, for appellant.

BURNETT & CULLI, for appellee.

This action was brought by the appellee against the appellants to recover damages for the alleged breach of a bond given by Eliza Walden as administratrix of the estate of Jos. A. Walden, deceased. The only assignments of error are based upon the judgment of the circuit court in overruling the defendant's demurrers to the plaintiff's complaint. The appeal is taken in the name of all of the defendants jointly, and there is a joint assignment of errors in the name of all of the defendants. Three of the defendants file no demurrers. The court holds that the ruling of the court upon the demurrers of the other defendants gives no ground of complaint to the three defendants who file no demurrers; and that, therefore, not being prejudicial as to them and they having joined in the assignments of error, this court will not consider such ruling.—*Rudolph v. Brewer*, 96 Ala. 189; *Kimbrell v. Rogers*, 90 Ala. 339; *Hillens v. Brinsfield*, 113 Ala. 304; *Orton v. Tilder*, 110 Ind. 131.

The judgment is affirmed.

Opinion by DOWDELL, J.